UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14cr64-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | FINAL ORDER AND JUDGMENT |
| v. ) | CONFIRMING FORFEITURE |
| ) | |
| NATHAN THOMAS MROZ ) | |

**THIS MATTER** is before the Court on the motion of the United States for a Final Order and Judgment of Forfeiture. (Doc. No. 28).

THE COURT FINDS AS FOLLOWS:

On August 11, 2014, this Court entered a Consent Order and Judgment of Forfeiture based upon Defendant's plea of guilty to Count One in the Bill of Information and evidence already on record. (Doc. No. 18). The Consent Order forfeited a real property titled to Defendant and his wife, Linda Mroz, as well as two items of jewelry, all such properties more particularly described herein. This Court also orally pronounced forfeiture at the sentencing of this matter on May 6, 2015. (Doc. No. 35: Judgment at 6).

As set forth in a Submission of Declaration of Publication (Doc. No. 23), from November 22, 2014, through December 21, 2014, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the Government to dispose of the forfeited property according to law, and further notice to all third parties of their right to petition the Court within sixty days from November 22, 2014, for a hearing to adjudicate the validity of any alleged legal interest in the property. The Government also sent personal notice to Linda Mroz at her last known address. No petitions were filed.

Based on the record in this case, including but not limited to the Factual Basis, (Doc. No.

3), and sentencing materials, and the Consent Order identifying Defendant as a title-holder to the forfeited real property, the Court finds, in accordance with Federal Rule of Criminal Procedure 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED** that in accordance with Rule 32.2(c)(2), the Consent Order and Judgment of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 982, and/or 28 U.S.C. § 2461(c), and the United States shall have clear title to the property and may warrant good title as set forth in 21 U.S.C. § 853(n)(7):

> **The real property at 10113 Sparkling Brook Court, Charlotte, North Carolina, more particularly described in a deed to Nathan Thomas Mroz and wife, Linda Mroz, at Mecklenburg County Register of Deeds, Deed Book 26639, Page 605;**
>
> **One round diamond, purchased in approximately 2008 and valued at approximately $20,000, that Defendant turned over to the United States Marshals Service for forfeiture; and**
>
> **One diamond bracelet, purchased in approximately 2008 and valued at approximately $20,000, that Defendant turned over to the United States Marshals Service for forfeiture.**

SO ORDERED.

Signed: September 14, 2015

Robert J. Conrad, Jr.
United States District Judge